Form 4-1

| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 4 |

| | |
|---|---|
| DEL MONTE FRESH PRODUCE NA, INC., PLEXUS CORP., AND PLEXUS INTERNATIONAL SALES AND LOGISTICS, LLC<br><br>                          Plaintiffs<br>v.<br><br>UNITED STATES,       Defendant. | **SUMMONS**   **25-00244** |

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default  will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

                                            Name, Address, Telephone Number and
                                            E-mail Address of Plaintiff's Attorney

 /s/ Myron Paul Barlow
_____
Signature of Plaintiff's Attorney

      Myron Paul Barlow
      Barlow & Company, LLC
      5335 Wisconsin Avenue, N.W. Suite 440
      Washington, D.C. 20015
      Tel: (410) 804-1447
      mb@barlowpllc.com

    November 6, 2025
_____
       Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025.)